IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITNEY WOLLNER,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 25-CV-6332<br>: |
| SHANE WESTERFER,<br>    Defendant. | :<br>: |

### ORDER

**AND NOW**, this 15th day of January 2026, upon consideration of Plaintiff Whitney Wollner's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* (ECF No. 7) is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaint is **DEEMED** filed.

    3.    For the reasons stated in the Court's accompanying Memorandum, Wollner's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction subject to Wollner filing her claims in the proper state court.[1]

    4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**KAI N. SCOTT, J.**

---

[1] The Court expresses no opinion on the merits of Wollner's claims, including whether such claims are timely.